UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATASHA J. RAY, MARY FRISCH, THOMAS DESHAZO, and JEANNE DESHAZO,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SCHILE, KATELIN E. BARTLES, BENJAMIN V. SCHILE, MITCH GARDNER, LAW OFFICE OF BRIAN D. WEBB, LLC, MICHAEL C. MCCLURE, and ADA COUNTY SHERIFF,<br><br>Defendants. | Case No. 1:23-cv-00488-BLW-REP<br><br>**ORDER ADOPTING REPORTS AND RECOMMENDATIONS** |

## INTRODUCTION

This matter comes before the Court on three separate Reports and Recommendations issued by United States Magistrate Judge Raymond E. Patricco. *See* Dkts. 35, 36, 37. As will be explained below, the Court will adopt each Report & Recommendation in its entirety.

## DISCUSSION

On September 18, 2024, Judge Patricco issued three reports and recommendations, all of which relate to plaintiffs' failure to properly serve certain

**ORDER ADOPTING R&R - 1**

defendants in this action. Ultimately, Judge Patricco recommended that the Court quash service upon two defendants (Ada County Sheriff and Benjamin V. Schile) but allow plaintiffs additional time to properly serve those defendants. Aside from that, Judge Patricco recommends that the Court dismiss two other defendants (Michael C. McClure and the Law Office of Brian D. Webb) without prejudice. No party has objected to these Reports and Recommendations, which means the Court does not need to conduct a de novo review of the underlying motions. The Court nonetheless conducted such a review and agrees with all recommendations contained in the reports. Accordingly, the Court will adopt the reports and recommendations in their entirety.

## ORDER

**IT IS ORDERED that**:

1. The Report & Recommendation at Dkt. 35, regarding Plaintiffs' efforts to serve Defendant Ada County Sherriff, is **ADOPTED IN ITS ENTIRETY**. Accordingly,

    a. Defendant Ada County Sheriff's Motion to Quash (Dkt. 14) is **GRANTED IN PART** in that service upon Ada County Sheriff is hereby quashed.

    b. Plaintiffs' deadline to serve Defendant Ada County Sheriff is extended through and including **November 1, 2024**

2. The Report & Recommendation at Dkt. 36, regarding Plaintiffs' effort to serve Defendant Benjamin V. Schile, is **ADOPTED IN ITS ENTIRETY.** Accordingly,

    a. Defendant Benjamin Schile's Motion to Quash for (Dkt. 17) is **GRANTED IN PART** in that service upon Mr. Schile is hereby quashed.

    b. Plaintiffs' deadline to serve Defendant Benjamin V. Schile is extended through and including **November 1, 2024.**

3. The Report & Recommendation at Dkt. 37 is **ADOPTED IN ITS ENTIRETY.** Accordingly,

    a. Plaintiffs Natasha J. Ray and Thomas DeShazo's request for additional time to serve Defendants the Law Office of Brian D. Webb and Michael C. McClure is **DENIED.**

    b. Plaintiffs' claims against Defendants the Law Office of Brian D. Webb and Michael C. McClure are **DISMISSED WITHOUT PREJUDICE.**

DATED: October 9, 2024

B. Lynn Winmill
U.S. District Court Judge

**ORDER ADOPTING R&R - 3**