UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATASHA J. RAY, MARY FRISCH, THOMAS DESHAZO, and JEANNE DESHAZO,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SCHILE, KATELIN E. BARTLES, BENJAMIN V. SCHILE, MITCH GARDNER, LAW OFFICE OF BRIAN D. WEBB, LLC, MICHAEL C. MCCLURE, and ADA COUNTY SHERIFF,<br><br>Defendants. | Case No. 1:23-cv-00488-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On January 22, 2025, United States Magistrate Judge Judge Raymond Patricco issued a report and recommendation in which he recommended denying a motion to dismiss filed by defendants David Schile, Kateline E. Bartles, and Benjamin V. Schiles (the "Landlord Defendants"). No party has objected to this Report & Recommendation, and the Court agrees with the analysis and recommendation made therein. Accordingly, the Court will adopt the Report & Recommendation in its entirety.

**ORDER ADOPTING R&R - 1**

# ORDER

**IT IS ORDERED that** the Report & Recommendation (Dkt. 70) is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Landlord Defendants' Motion to Dismiss (Dkt. 48) is **DENIED.**

DATED: February 21, 2025

_____
B. Lynn Winmill
U.S. District Court Judge