UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATASHA J. RAY, MARY FRISCH, THOMAS DESHAZO, and JEANNE DESHAZO,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SCHILE, KATELIN E. BARTLES, BENJAMIN V. SCHILE, MITCH GARDNER, ADA COUNTY SHERIFF, ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS, THE ADA COUNTY PROSECUTING ATTORNEY'S OFFICE, AND THE STATE OF IDAHO,<br><br>Defendants. | Case No. 1:23-cv-00488-BLW-REP<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

On April 10, 2025, United States Magistrate Judge Raymond Patricco issued a Report & Recommendation in which he recommended dismissing Plaintiffs' claims against Ada County Prosecuting Attorney Jan M. Bennetts, the Ada County Prosecuting Attorney's Office, and the State of Idaho. *See* Dkt. 89. No party has objected to the Report & Recommendation, and the Court agrees with the analysis

and recommendation made therein. Accordingly, the Court will adopt the Report & Recommendation in its entirety.

## ORDER

**IT IS ORDERED that** the Report & Recommendation (Dkt. 89) is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiffs' claims against the Ada County Prosecuting Attorney Jan M. Bennetts, the Ada County Prosecuting Attorney's Office, and the State of Idaho are dismissed without prejudice.

DATED: July 14, 2025

_____
B. Lynn Winmill
United States District Judge