UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

NATASHA J. RAY, ESTATE OF MARY FRISCH, by and through Natasha J. Ray as the heir and representative, THOMAS DESHAZO, and JEANNE DESHAZO,

Plaintiffs,

v.

DAVID SCHILE, KATELIN E. BARTLES, MITCH GARDNER, and ADA COUNTY SHERIFF,

Defendants.

Case No. 1:23-cv-00488-BLW

**ORDER ADOPTING REPORT & RECOMMENDATION**

This matter is before the Court on Plaintiffs' objections to the Report and Recommendation issued by United States Magistrate Judge Raymond E. Patricco. *See* Dkts. 129, 130. Judge Patricco recommends denying Plaintiffs' various post-judgment motions and rejecting various supplemental filings. Plaintiffs object to those recommendations.

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of those portions of the Report and Recommendation to which Plaintiffs have objected. The objections are overruled. The Court accepts the findings and recommendations of the Magistrate Judge and adopts the Report and

Recommendation in its entirety. The Court concludes, as did the Magistrate Judge, that denial of all pending post-judgment motions, and rejection of all proposed supplemental filings, is appropriate. Although the Court will not discuss each individual objection, it will briefly observe the following regarding Plaintiffs' sixth objection. In that objection, Plaintiffs contend, among other things, that the Magistrate Judge overlooked arguments relevant to factors set forth in *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987). *See Objection,* Dkt. 130, at 28 (asserting that the R&R "incorrectly states that the Plaintiffs presented no argument under the *Hilton* facts and does not separately decide the preservation request"). In fact, Plaintiffs did not cite *Hilton* in the briefing or analyze their request under the *Hilton* factors. Moreover, to the extent Plaintiffs' briefing contained arguments generally relevant to the *Hilton* factors, the Court considered those arguments and finds them insufficient to warrant relief.

Accordingly, **IT IS ORDERED that** the Magistrate Judge's Report & Recommendation (Dkt. 129) is **ADOPTED IN ITS ENTIRETY.** Thus:

**1.** Plaintiffs' Motion to Alter or Amend the Judgment (Dkt. 113) is **DENIED**.

**2.** Plaintiff's Notice of Filing Corrected Memorandum and Appendix A-D in Support of Plaintiffs' Motion for Summary Judgment (Dkt. 114) is **REJECTED**.

**3.** Plaintiffs' Motion to Stay the Judgment (Dkt. 117) is **DENIED**.

**4.** Plaintiffs' Motion for Leave to Supplement the Record (Dkt. 118) is **DENIED**.

**5.** Plaintiffs' Third Supplemental Filing (Dkt. 119) is **REJECTED**.

**6.** Plaintiffs' Motion to Disqualify Katelin Bartles as Counsel (Dkt. 127) is **DENIED.**

**7.** Plaintiffs' request for leave to file an over-length objection (Dkt. 130-1) is **GRANTED.** The Court considered the entirety of Plaintiffs' 38-page submission at Dkt. 130 in ruling on the objections.

DATED: September 30, 2026

B. Lynn Winmill
U.S. District Court Judge